UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**CORPORATE COMMUNICATION**
**SERVICES OF DAYTON, LLC,**

          **Plaintiff,**

-v-

**MCI COMMUNICATIONS**
**SERVICES, INC.**
**D/B/A VERIZON BUSINESS SERVICES,**

          **Defendant.**

Case No. 3:08-CV-046

Judge Thomas M. Rose

**ENTRY AND ORDER GRANTING DEFENDANT'S MOTION TO**
**VACATE STAY AND SET STATUS CONFERENCE (Doc. #118)**

      This matter comes before the Court on Defendant's Motion To Vacate the Stay Entered On May 10, 2010 and for a Status Conference. (Doc. #118.) Final judgment in favor of Defendant MCI was entered on April 16, 2010. (Doc. #102.) On April 29, 2010, Plaintiff CCS appealed the final judgment. (Doc. #104.) On April 30, 2010, MCI filed a motion for attorneys' fees and court costs. (Doc. #105.) On May10, 2010, the Court stayed adjudication of MCI's motion for attorneys' fees and costs pending the Appeal. (Doc. #110.) On December 12, 2011, the Sixth Circuit affirmed this Court's final judgment. (Doc. #114.) The Sixth Circuit's Mandate issued on January 30, 2010, terminating the Appeal. (Doc. #118.) Thus, the Court is aware of no reason to continue to stay adjudication of MCI's motion for attorneys' fees and costs.

      Accordingly, the stay of this matter is vacated. A status conference is set for Thursday, February 9, 2012, at 9:30 a.m. The Court will contact Counsel at that time via telephone. Topics of discussion at the status conference will include MCI's desire to supplement its Motion for

attorneys' fees and costs and briefing on the issue of attorneys' fees and costs.

   **DONE** and **ORDERED** in Dayton, Ohio this Thirty-First Day of January, 2012.

                   **s/Thomas M. Rose**

                 _____
                  THOMAS M. ROSE
              UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record