UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**CORPORATE COMMUNICATION**
**SERVICES OF DAYTON, LLC,**

            Case No. 3:08-CV-046

     **Plaintiff,**

            Judge Thomas M. Rose

**-v-**

**MCI COMMUNICATIONS**
**SERVICES, INC.**
**D/B/A VERIZON BUSINESS SERVICES,**

     **Defendant.**

___

**ENTRY AND ORDER SETTING BRIEFING SCHEDULE FOR MOTION**
**FOR ATTORNEYS' FEES**
___

The stay previously in effect for this matter in this Court has been vacated. (Doc. #119.) A Motion for Attorneys' Fees made by MCI was filed on April 30, 2010 (doc. #105) and is now pending.

MCI is given until not later than February 23, 2012, to file a supplement to its Motion for Attorneys' Fees. The supplement should recognize that certain court costs are being addressed separately in response to a Bill of Costs filed by MCI.

CCS is given until not later than March 19, 2012 to respond to the pending Motion for Attorneys' Fees and any Supplement thereto. MCI is then given until not later than April 2, 2012 to reply to CCS's response. The matter will then be at issue.

**DONE** and **ORDERED** in Dayton, Ohio this Ninth Day of February, 2012.

                                               **s/Thomas M. Rose**

                                       _____
                                                 THOMAS M. ROSE
                                UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record